IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DAVID RUTLEDGE,**

**Plaintiff,**

**v.**                                                      **No. 06-4065 DRH**

**WAL-MART STORES, INC.,**
a Foreign Corporation,

**Defendant.**

## ORDER

**HERNDON, District Judge:**

      Before the Court is Plaintiff's Motion for an Extension of Time to Respond to Defendant's Motion for Summary Judgment. (Doc. 19.) For good cause shown, the motion (Doc. 19) is **GRANTED** and it is hereby ordered that Plaintiff has up to and including December 30, 2006 to file his response to Defendant's Motion for Summary Judgment.

      IT IS SO ORDERED.

      Signed this 13th day of November, 2006.

      /s/      David  RHerndon
      **United States District Judge**